UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:18-cr-76-PPS-JEM-1 |
| ALFRED SANDERS, | ) |
| Defendant. | ) |

## ORDER

No objections have been timely filed to the report and recommendation of United States Magistrate Judge John E. Martin concerning defendant Alfred Sanders's plea of guilty. Without objection, then, I adopt Judge Martin's findings that defendant understands the matters enumerated in Fed. R. Crim. P. 11(b)(1), that defendant is competent to enter a plea of guilty, that defendant voluntarily wishes to plead guilty to the charge against him, and that there exists a factual basis for the plea.

ACCORDINGLY:

Judge Martin's Findings and Recommendation [DE 9] are ACCEPTED AND ADOPTED.

Defendant Alfred Sanders's plea of guilty to Count 1 of the Information, a charge of knowingly possessing a stolen firearm, in violation of 18 U.S.C. § 922(j), is ACCEPTED, and he is adjudged guilty of that offense.

The sentencing of Alfred Sanders is set for November 8, 2018 at 10:00 a.m. Hammond/Central time.

SO ORDERED on August 9, 2018.

                                /s/ Philip P. Simon
                                PHILIP P. SIMON, JUDGE
                                UNITED STATES DISTRICT COURT